

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00177-CR

**IN RE** Juan Manuel **PASTOR LUNA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Rebeca C. Martinez, Chief Justice
                    Irene Rios, Justice
                    Lori Massey Brissette, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Juan Manuel Pastor Luna, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Pastor Luna is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14704CR, styled *The State of Texas v. Juan Manuel Pastor Luna*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.